(No. 3025-)

ELVA JENNINGS PENWELL, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed November 12, 1963.*

GOSNELL AND BENECKI and JOHN W. PREIHS, Attorneys for Claimant.

WILLIAM G. CLARK, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

PEZMAN, J.

On April 22, 1963, claimant filed her petition for reimbursement of monies expended for nursing care and help, medical services, and expenses for a period of time from June 1, 1962 to February 1, 1963.

Claimant was injured on February 2, 1936 in an accident arising out of and in the course of her employment as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The injury was serious, causing temporary blindness and general paralysis. The facts are fully detailed in the case of *Penwell vs. State of Illinois,* 11 C.C.R. 365, in which an initial award

was made, and at which time jurisdiction was retained to make successive awards in the future.

The present petition alleges that there has been no improvement in her physical condition, as she is bedridden, and requires constant care by physicians and practical nurses.

Attached to the complaint is a bill of particulars, supported by receipts. It discloses the amounts expended by the petitioner for the period of time claimed, i.e., June 1, 1962 to February 1, 1963, as follows:

1. Nursing and practical help_____$860.20
2. Room and board_____428.75
3. Drugs and supplies_____479.28
4. Physicians and professional services_____909.54
 Total _____$2,677.77

From an examination of the petition and the supporting exhibits, it appears that the expenditure of such sums of money was necessary for the care of claimant.

An award is, therefore, made to claimant in the amount of $2,677,77 for the period of time from June 1, 1962 to February 1, 1963.

The Court reserves jurisdiction for further determination of claimant's needs for additional care.